THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLTON BYRON CALHOUN, Appellant.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.